Kenneth L. Neeley, 025899
Chris Dutkiewicz, 024962
Nicholas T. Van Vleet, 026933
Dane Paulsen, 029225
Daniel Taylor, 032094
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Suite 11
Chandler, AZ 85286
Phone: 480.802.4647 |Fax: 480.907.1648
Email: ECF@neeleylaw.com
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARICK DUNCAN DOMBROWSKI,<br><br>Debtor. | Chapter 13<br><br>Case No.: 4:16-bk-08181-BMW<br><br>**OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR DELINQUENT PAYMENTS AND NOTICE OF INTENT TO UPLOAD ORDER WITHOUT HEARING** |

Arick Duncan Dombrowski ("Debtor") by and through his attorney of record in the above captioned Chapter 13 Bankruptcy, Debtor Objects to the *Trustee's Motion to Dismiss for Delinquent Plan Payments and Notice of Intent to Lodge Order Dismissing Case Without a Hearing*. The Debtor made a payment on June 26, 2019 and will make the July payment this week. Debtor is committed to completing his Chapter 13 Plan.

**WHEREFORE,** the Debtor requests that this court deny the Motion to Dismiss Case.

DATED: July 19, 2019        **NEELEY LAW FIRM, PLC**

*/s/ Kenneth L. Neeley*
Kenneth L. Neeley
Christopher J. Dutkiewicz
Nicholas T. Van Vleet
Dane Paulsen
Daniel Taylor
*Attorneys for Debtor*

1  COPY of the foregoing served via email
2  this 19th day of July, 2019 upon:

3  Dianne C. Kerns, Chapter 13 Trustee
   mail@dcktrustee.com
4
5  */s/Teresa Maloney*